UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIO ALTAGRACIA,<br><br>                      Plaintiff,<br><br>– *against* –<br><br>1470 ESTRELLA BAR & RESTAURANT CORP., dba LA ESTRELLA RESTAURANT, and, MARTHA COLLADO and HELVIN POZO TORRES, individually,<br><br>                      Defendants. | **ORDER**<br><br>21 Civ. 10213 (ER) |

Ramos, D.J.:

The Court having been advised that the parties have reached agreement on all issues after mediation, the parties are hereby directed to submit their agreement for approval by no later than June 20, 2022.

SO ORDERED.

Dated:   June 6, 2022
             New York, New York

                                                              Edgardo Ramos, U.S.D.J.