```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARIO ALTAGRACIA,

       Plaintiff,       21-CV-10213 (SN)

  -against-          **ORDER**

1470 ESTRELLA BAR & RESTAURANT CORP., et al.,

       **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  On July 7, 2022, a conference was held to discuss the status of the settlement agreement. ECF No. 16. The parties shall file their proposed settlement agreement and supporting letter motion for the Court's review pursuant to <u>Cheeks v. Freeport Pancake House</u>, 796 F.3d 199 (2d Cir. 2015), no later than July 28, 2022.

**SO ORDERED.**

                 _____
                 SARAH NETBURN
                 United States Magistrate Judge

DATED:  New York, New York
       July 8, 2022