UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARIO ALTAGRACIA,

                    **Plaintiff,**             21-CV-10213 (SN)

    -against-                               **ORDER**

MARTHA COLLADO, et al.,

                    **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on July 27, 2022, submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 18. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED. The parties shall file a stipulation of dismissal with prejudice or report to the Court why the case has not been dismissed by September 15, 2022.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                         United States Magistrate Judge

DATED:     July 28, 2022
               New York, New York